# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY RYAN WEBB,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:24-cv-706** |
| **v.** | ) | **(Consolidated with** |
| | ) | **Case No. 3:24-cv-956)** |
| **MIDDLE TENNESSEE MENTAL** | ) | |
| **HEALTH INSTITUTE, ET AL.,** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

On February 27, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 68), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's renewed Motions for a Temporary Restraining Order (Doc. Nos. 38, 39) are DENIED.

IT IS SO ORDERED.

ALETA A. TRAUGER
United States District Judge