# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **GREGORY RYAN WEBB,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:24-cv-706** |
| **v.** | ) | **(Consolidated with** |
| | ) | **Case No. 3:24-cv-956)** |
| **MIDDLE TENNESSEE MENTAL** | ) | |
| **HEALTH INSTITUTE, ET AL.,** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

On February 27, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 72), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion to Dismiss filed by defendant Volunteer Behavioral Healthcare System d/b/a Cumberland Mental Health Services, Inc. (Doc. No. 45) is GRANTED, and all claims in the Third Amended Complaint (Doc. No. 37) are DISMISSED as to this defendant for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. The plaintiff's various motions to amend his Complaint and issue process (Doc. Nos. 53, 60, 61, 64, 66) are DENIED.

3. The plaintiff's Motion for an Extension of Time for unspecified matter (Doc. No. 56) is DENIED.

4. The plaintiff's additional response to the show cause order, which he incorrectly titled as a "Motion" (Doc. No. 52) is also DENIED.

This case is returned to the Magistrate Judge for further handling under the original referral order.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE